PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lane, Matthew Lee | Docket No. | 2:18CR00028-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Matthew Lee Lane, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 15th day of February 2018, under the following conditions:

**Special Condition #9:** Defendant shall not have access to a computer or any online services and/or internet capable devices.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Defendant shall not have access to a computer or any online services and/or Internet capable devices.

**Supporting Evidence:** Matthew Lee Lane admitted to accessing the Internet on multiple occasions.

On February 16, 2018, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Lane. He acknowledged an understanding of the conditions, which included special condition number 9.

On April 23, 2019, the undersigned officer met with Mr. Lane at his residence. During that meeting, the undersigned officer inquired about his Internet usage as his roommate has a computer in the residence. He stated the computer can only be accessed by entering a password. Mr. Lane advised he had sent documents to his attorney on one occasion in the presence of his roommate. In addition, Mr. Lane indicated his roommate also posted messages on his social media account, Facebook, related to the recent Easter holiday.

The undersigned officer had follow up conversations with Mr. Lane's roommate. His roommate confirmed the computer can only be accessed by entering a password. The roommate denied allowing Mr. Lane to access her computer in her presence. She also believed Mr. Lane may have a computer hidden in his residence.

On May 2, 2019, the undersigned officer again confronted Mr. Lane about his Internet usage. He stated he sent an email to his attorney on one occasion. He also acknowledged that he posted messages on his personal Facebook account on major holidays. He stated his most recent posting on Facebook occurred on or about April 21, 2019, which was the Easter holiday.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: May 8, 2019 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Lane, Matthew Lee
May 8, 2019
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

5/8/2019
_____
Date